**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

William H. O'Bannon, Jr.,

    **Plaintiff,**

v.

Commissioner of Social Security,

    **Defendant.**

Case No. 2:16–cv–1043

Judge Michael H. Watson

Magistrate Judge Vascura

## ORDER

On January 5, 2018, United States Magistrate Judge Vascura, to whom this case was referred, issued a Report and Recommendation ("R&R") concerning the denial of William H. O'Bannon, Jr.'s ("Plaintiff") applications for disability insurance benefits and supplemental security income. The R&R recommended overruling Plaintiff's statement of errors and affirming the Commissioner of Social Security's ("Commissioner") decision.

The R&R notified the parties of their right to file objections to the R&R pursuant to 28 U.S.C. § 636(b)(1). R&R 11, ECF No. 24. The R&R further specifically advised the parties that the failure to object to the R&R within fourteen days would result in a waiver of the right to *de novo* review by the District Judge and waiver of the right to appeal the decision of the District Court adopting the R&R. *Id.* at 11–12. The deadline for filing such objections has passed, and no objections were filed.

Having received no objections, the R&R is **ADOPTED**. Plaintiff's Statement of Errors is **OVERRULED** and the Commissioner's decision is **AFFIRMED**. The Clerk shall enter final judgment in this case.

**IT IS SO ORDERED.**

_____
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**